# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **NORMAL PARM, JR., ET AL** | **CIVIL ACTION NO. 01-2624** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MARK W. SHUMATE** | **MAG. JUDGE JAMES D. KIRK** |

## MEMORANDUM ORDER

On April 21, 2006, Magistrate Judge James D. Kirk issued an electronic Order that struck Walker Lands, Inc.'s ("Walker") exhibits attached to its amicus brief.

Pending before the Court is Walker's Appeal to the Magistrate's Decision [Doc. No. 85].

A magistrate judge's non-dispositive order is reviewable under the clearly erroneous and contrary to law standard. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); *Castillo v. Frank*, 70 F.3d 382, 385-86 (5th Cir. 1995).

Having conducted a thorough review of the entire record, the Court finds that, under the facts and circumstances of this case, the Magistrate Judge's order was not clearly erroneous nor contrary to law. Therefore, Walker's appeal is DENIED, and the Magistrate Judge's order is AFFIRMED.

MONROE, LOUISIANA, this 14th day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE