RECEIVED
IN MONROE, LA
AUG 0 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NORMAL PARM, JR., ET AL | CIVIL ACTION NO. 01-2624 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MARK W. SHUMATE | MAG. JUDGE JAMES D. KIRK |

## MEMORANDUM ORDER

On July 5, 2006, Magistrate Judge James D. Kirk issued a Memorandum Ruling [Doc. No. 118] that denied Walker Lands, Inc.'s ("Walker") motion to stay the proceeding pending its appeal of the "District Court's denial of Walker's Petition of Intervention" [Doc. No. 109] to the United States Fifth Circuit Court of Appeals. Pending before the Court is Walker's appeal of the magistrate's decision [Doc. No. 125].

A magistrate judge's non-dispositive ruling is reviewable under the clearly erroneous and contrary to law standard. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); *Castillo v. Frank*, 70 F.3d 382, 385-86 (5th Cir. 1995).

Having conducted an exhaustive and thorough review of the entire record, the Court finds that, under the facts and circumstances of this case, the Magistrate Judge's ruling was not clearly erroneous nor contrary to law. Therefore, Walker's appeal is DENIED, and the Magistrate Judge's ruling is AFFIRMED.

MONROE, LOUISIANA, this 3 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE